UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL SWANSON D/B/A JUICY BITS AND JUICYBITSSOFTWARE.COM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INSTAGRAM, LLC<br><br>Defendant. | Cause No. 2:15-cv-00503<br><br>COMPLAINT FOR TRADEMARK INFRINGEMENT FALSE DESIGNATION OF ORIGIN AND UNFAIR BUSINESS PRACTICES<br><br>JURY TRIAL DEMANDED |

Plaintiff Michael Swanson d/b/a "Juicy Bits" and "juicybitssoftware.com" complains of Defendant Instagram, LLC as follows:

# NATURE OF LAWSUIT

This is a complaint for false designation of origin under Section 43(a) of the Lanham Act (Count I), infringement of common law trademark rights (Count II) and violation of the Washington Consumer Protection Act (Count III).

COMPLAINT FOR
TRADEMARK
INFRINGEMENT - 1

**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, Washington 98101
TELEPHONE: 206.436-0900

# PARTIES

1. Plaintiff Michael Swanson d/b/a "Juicy Bits" and "juicybitssoftware.com" ("Mr. Swanson") is an individual residing within this judicial district in Sammamish, Washington.

2. Mr. Swanson is engaged in the business of developing mobile software applications for mobile devices, including cellular phones and tablet computers. In particular, Mr. Swanson focuses his efforts on developing programs for Apple mobile devices, and other devices which operate on the Apple "iOS" operating system.

3. Upon information and belief, Defendant Instagram, LLC ("Instagram") is a Delaware limited liability corporation authorized to do business in the State of Washington and in this Judicial District.

4. Upon information and belief, Instagram is engaged in the business of hosting and licensing user-submitted photographs in an online platform. Instagram hosts and licenses user-submitted photographs from every state in the United States. Upon information and belief, Instagram earns revenues by acquiring and selling various forms of data from its users; as well as from licensing its collection of photographs.

# JURISDICTION AND VENUE

5. This is an action for false designation of origin arising under Title 15 U.S.C. §1125(a). This Court has jurisdiction over the subject matter of the Complaint under 28 U.S.C. §1338(a). This Court has supplemental jurisdiction over the related common law and state claims pursuant to 28 U.S.C. §§ 1338(b) and 1367.

6. Personal Jurisdiction over the defendant is proper in this Court as the defendant has an Internet presence in this District and conducts business in this district. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b) and

COMPLAINT FOR
TRADEMARK
INFRINGEMENT - 2

MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, Washington 98101
TELEPHONE: 206.436-0900

(c) in that a substantial part of the events giving rise to the infringement claims herein have taken place and may still be taking place in this judicial district.

## FACTS

7.  Mr. Swanson is a talented and well-known Pacific Northwest mobile software application ("mobile application") developer and former Microsoft employee.  Since 2009 Mr. Swanson has developed numerous, successful mobile applications.  Mr. Swanson develops most of his products as an independent developer and offers them for sale and download at the "App Store" maintained and operated by Apple, Inc.

8.  Some of Mr. Swanson's works currently available for download at the "App Store" include: "Halftone" "Halftone 2," "3D Camera," "Spypix,"and "Layout."  Earlier mobile applications developed by Mr. Swanson and previously made available at the "App Store" include "Nature Images," "Textures HD," and "Nature Images HD." These mobile applications all relate generally to various means of photograph and video editing to be accomplished within a user's mobile device.

9.  Mr. Swanson's "Halftone" application has been downloaded worldwide over 1.84 million times to-date. Halftone was selected by Apple as one of the best Photo & Video apps in "App Store Rewind 2011," and was considered the "iPhone and iPad APP OF THE WEEK."  In addition, Halftone was selected as a Starbucks "Pick of the Week," and was featured in both the "New and Noteworthy" and "What's Hot" sections of the Apple App Store.  "Halftone 2" has been downloaded worldwide over 1.34 million times to-date, and was selected as one of Apple's "Editor's Choice" and "App Store Best of 2013."  Similarly, Mr. Swanson's "3D Camera" application has been downloaded worldwide over 2 million times and is currently rated 4.5/5 on Macworld.com

(see, http://www.macworld.com/product/95811/3d-camera.html). Finally, Mr. Swanson's "Spypix" application has over 15,000 downloads worldwide to-date.

### MR. SWANSON'S DEVELOPMENT OF HIS "LAYOUT" APPLICATION

10.   Beginning in late 2011 and continuing into 2012, Mr. Swanson developed a new mobile application to be used to arrange, edit, and share photographs in an easy-to-use interface. To distinguish and identify his new mobile application, Mr. Swanson adopted the name and trademark "LAYOUT." Mr. Swanson's photo editing and sharing application has been made available to users throughout the United States and the world under the mark, "LAYOUT" since at least as early as July, 2012.

11.   Mr. Swanson's Layout application obtains photographs for editing from popular social media sites such as Facebook, Flickr, and Instagram, as well as photographs stored locally on a user's mobile device. Using the Layout application, users can combine multiple photographs into one image in a variety of different displays, and allow for various forms of image filtering, editing, and mirroring. Descriptions of the Layout application and its functionality are attached as Exhibit A, "Layout Description" and Exhibit B, "Layout Screen Captures."

### MR. SWANSON'S USE OF HIS "LAYOUT" MARK

12.   Following development of his Layout application, Mr. Swanson submitted the application to Apple's App Store using the ordinary electronic form Apple provides.

13.   Upon information and belief, in order to submit a mobile application to be considered for distribution on Apple's App Store, a developer must provide Apple with the name of the mobile application to be considered. *See,* Exh. C

"App Submission Example." If the proposed name is already in-use within the Apple App Store, an error message will appear, informing the applicant accordingly. *Id.*

14.  Prior to submitting his Layout application for consideration, Mr. Swanson diligently searched the Apple App Store for similar applications containing the mark "LAYOUT" or variations thereof and found no such prior uses of the mark.

15.  Mr. Swanson has used the "LAYOUT" mark continuously in United States commerce since July of 2012 in connection with his photo editing application. Mr. Swanson's Layout application has been downloaded approximately 41,000 times worldwide since its release in July 2012, with approximately 27,000 of those downloads occurring in the United States and Canada. Mr. Swanson's Layout application was hailed by Apple as an "Editor's Choice" and an "App Store Best of 2012." See, Exh. A.

16.  By virtue of his widespread, continuous, and substantially exclusive use of the mark, "LAYOUT" to identify his photo-editing application, Mr. Swanson has acquired common law trademark rights in and to the name, mark, and trading style, "LAYOUT" as used in connection with photo-editing mobile applications. By virtue of his widespread distribution and sales of his Layout application, Mr. Swanson's common law rights in the "LAYOUT" mark are believed to extend throughout the United States.

## **INSTAGRAM'S ACTS OF INFRINGEMENT**

17.  On or about March 23, 2015, Defendant Instagram launched its own photo-editing mobile application under the names and trading styles, "LAYOUT" and "LAYOUT FROM INSTAGRAM." Upon information and

COMPLAINT FOR TRADEMARK INFRINGEMENT - 5

belief, Instagram's Layout application has been downloaded by numerous individuals throughout the United States and within this judicial district.

18. Upon information and belief, Instagram's Layout application also lets users arrange, edit, and share photographs in a similar interface. The application can also obtain such photographs for editing from user's Instagram account, as well as photographs stored locally on a user's mobile phone. Chiefly, Instagram's Layout allows users to combine multiple photographs into one image in a variety of different displays, and allows for various forms of image filtering and mirroring. *See*, Exhibit D, "Instagram's Layout Description;" *see also*, Exhibit E, "Screen-Captures of Instagram's Layout."

19. Upon information and belief, prior to Instagram's introduction of its Layout application, Mr. Swanson's product was the only photo-editing mobile application identified with the mark and name, "LAYOUT" available at Apple's App Store or elsewhere.

20. Upon information and belief, prior to Instagram's adoption and use of the mark "LAYOUT," a search for the term "layout" within the Apple App Store resulted in Mr. Swanson's Layout mobile application being listed at the top of the search results within the App Store.

21. Upon information and belief, it is well-known in the mobile application industry that being placed at the top of search results is considered extremely valuable.

22. Upon information and belief, Instagram had actual knowledge of Mr. Swanson's Layout application and corresponding use of his "LAYOUT" mark as early as July 2012 when Mr. Swanson's application was first made available for download from Apple's App Store.

## ADVERSE CONSEQUENCES TO MR. SWANSON

23.   Upon information and belief, shortly after the release of Instagram's Layout, Mr. Swanson's Layout application lost its position in the search results for a search of "layout" in the Apple App Store. A true and accurate screen-capture of how the two applications appeared in the App Store on March 27, 2015 is attached as Exhibit F and is included herein:



24.   As of March 27, 2015 Layout from Instagram is now considered one of Apple's "Top Free iPhone Apps." *See,* Exhibit F, "Search Results for 'layout.'"

25.   As a direct and proximate result from losing this position in search results, Mr. Swanson's market position, reputation, and goodwill has been

COMPLAINT FOR
TRADEMARK
INFRINGEMENT - 7

harmed and is likely to be harmed in the future, for which no remedy at law exists.

26.     As a direct and proximate result from losing this position, Mr. Swanson will lose revenues he would otherwise receive for his Layout application.

27.     Once downloaded by a user, the label of Instagram's application clearly reads as "Layout," which is identical to how Mr. Swanson's application appears on a user's mobile device. A screen-capture of the two icons is attached herein and is included as Exhibit G, "Screen-Capture of App Icons," with Mr. Swanson's application appearing on the left:



28.     Further, the opening screens of Layout from Instagram show that Instagram itself refers to its app as "Layout." *See,* Exh. E. This is similar to how Mr. Swanson's Layout appears. *Compare,* Exh. B to Exh. E:

COMPLAINT FOR
TRADEMARK
INFRINGEMENT - 8

**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, Washington 98101
TELEPHONE:  206.436-0900

 

29. Additionally, Instagram itself refers to its app as "Layout" elsewhere in the application description, and on its own website. *See, e.g.,* Exhibit. D, "Instagram's Layout Descriptions": "With Layout, it's easier than ever to unlock your creativity." [...] "When you open Layout..." […] "You must give Layout access to your phone's camera roll..." […] "No, you don't need an Instagram account to use Layout." […] "Layout's smooth, intuitive process gives you..."

30. Instagram's use of the marks "LAYOUT" and "LAYOUT FOR INSTAGRAM" on its photo-editing application is likely to cause confusion with Mr. Swanson's prior use of "LAYOUT" in connection with his photo-editing application. Indeed, Instagram's confusing use of the mark "Layout" has been reported upon by various news publications. *See,* Exhibit. H., "Collection of News Articles Regarding Confusion."

31. Further, even more news organizations and individuals refer to Instagram's Layout product as "Layout," thereby evidencing the apparent confusion in the marketplace between Instagram's Layout, and Mr. Swanson's Layout. *See,* Exhibit. I , "Collection of News Articles Regarding Instagram's Layout."

32. Still other instances of actual confusion in the marketplace have occurred. In particular, other online news sources, writers, and marketing companies have incorrectly "linked" to Mr. Swanson's Layout application when speaking of Instagram's Layout application, and *vice versa*. *See,* Exhibit J, "Samples of Instances of Actual Confusion." For example, *Interview* magazine's Facebook page confusingly links to Mr. Swanson's Layout application when describing Instagram's Layout application. *Id.*

33. Instagram's use of the marks, "LAYOUT" and "LAYOUT FOR INSTAGRAM" are causing actual confusion in the marketplace as to the source of the photo-editing applications offered by Mr. Swanson and Instagram, is likely to continue to cause such confusion and is causing both economic and non-economic harm to Mr. Swanson for which no adequate remedy at law is available.

## CAUSES OF ACTION

### COUNT I: VIOLATIONS OF THE LANHAM ACT

34. Mr. Swanson incorporates the allegations made in paragraphs 1 through 33 as if fully set forth herein.

35. Instagram's unauthorized use of the mark, name and trading style, "LAYOUT" and "LAYOUT FOR INSTAGRAM" in connection with photo-editing mobile applications is likely to cause confusion, mistake, and/or to deceive consumers as to the source of origin of their products. Instagram's

actions are likely to cause potential purchasers for Mr. Swanson's Layout application to believe that Instagram's Layout application has an affiliation, connection, association, origin, or sponsorship relationship with Mr. Swanson's company, or vice versa.

36. By displaying the mark, name and trading style, "LAYOUT" to generate initial interest and thereafter directing potential customers to different products, Instagram diverts sales revenue from Mr. Swanson and interferes with his business. Instagram's actions thus constitute a false designation of origin in violation of the Lanham Act, 15 U.S.C. § 1125(a)(1).

37. Mr. Swanson has been and will continue to be irreparably harmed by Instagram's actions. Unless Instagram is enjoined from continuing its unauthorized use of Mr. Swanson's "LAYOUT" mark and from falsely representing the actual origin of its goods and services, such irreparable harm will continue.

38. By virtue of Instagram's unauthorized use of the "LAYOUT" mark, Mr. Swanson is entitled to recover all of Instagram's profits attributable to such use, as well as damages sustained by Mr. Swanson and the costs of this action that result from Instagram's use of the "LAYOUT" mark. To the extent Instagram's actions in this regard have been willful, Mr. Swanson is entitled to a trebling of these damages as well as an award of reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a)

## COUNT II: COMMON LAW TRADEMARK INFRINGEMENT

39. Mr. Swanson incorporates the allegations made in paragraphs 1 through 33 above as if fully set forth herein.

40. By virtue of his substantially exclusive, continuous and widespread use of the mark, name, and trading style, "LAYOUT" in connection with photo-

editing mobile applications, Mr. Swanson has obtained enforceable common law rights in and to the mark, "LAYOUT" as used in such applications.

41. Instagram's subsequent adoption and use of the mark, name, and trading style, "LAYOUT" for competing photo-editing mobile applications is likely to cause confusing among the consuming public and, thus, infringes Mr. Swanson's common law rights in and to the mark, "LAYOUT."

42. Mr. Swanson has been and will continue to be irreparably harmed by Instagram's actions.  Unless Instagram is enjoined from continuing its unauthorized use of Mr. Swanson's "LAYOUT" mark and from falsely representing the actual origin of its goods and services, such irreparable harm will continue.

## COUNT II: VIOLATION OF WASHINGTON CONSUMER PROTECTION ACT

43. Mr. Swanson incorporates the allegations made in paragraphs 1 through 33 above as if fully set forth herein.

44. Instagram's actions in falsely suggesting a connection between Mr. Swanson's "LAYOUT" mark and Instagram's competing product and to deceive consumers as to the actual origin of the goods offered and sold have and are having a deleterious impact on the public interest and have caused injury to Mr. Swanson's business and property.

45. Instagram's actions as alleged above amount to a violation of the Washington Consumer Protection Act, RCW § 19.86 et seq.

46. Mr. Swanson is and will continue to be irreparably harmed by Instagram's actions unless it is enjoined from falsely representing the actual origin of its own goods and services.

47. Mr. Swanson is entitled to collect damages under RCW § 19.86.090 for Instagram's willful actions, as well as trebling of damages and an award of attorneys' fees.

COMPLAINT FOR
TRADEMARK
INFRINGEMENT - 13

**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, Washington 98101
TELEPHONE: 206.436-0900

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Mr. Swanson, prays for the following relief:

A.  A preliminary and permanent injunction enjoining Instagram from further use of the mark, "LAYOUT" or colorable imitation thereof in connection with photo-editing mobile applications.

B.  An order entering judgment in favor of Mr. Swanson and awarding damages to Mr. Swanson in the amount of Mr. Swanson's actual damages and any profits of Instagram attributable to the infringing acts alleged herein, consistent with 15 U.S.C. § 1117.

C.  An award of full costs and reasonable attorneys' fees against Instagram and in favor of Mr. Swanson pursuant to 15 U.S.C. § 1117.

D.  Such other further relief the Court may deem just and proper.

# JURY DEMAND

Mr. Swanson demands a trial by jury on all issues presented in this Complaint.

Dated this 31st day of March, 2015.

                              Respectfully submitted,

                              */s/ Philip P. Mann*
                              Philip P. Mann, WSBA No: 28860
                              Timothy J. Billick, WSBA No. 46690
                              **MANN LAW GROUP**
                              1218 Third Avenue, Suite 1809
                              Seattle, Washington  98101
                              Ph: (206) 436-0900
                              Fax: (866) 341-5140
                              phil@mannlawgroup.com
                              tim@mannlawgroup.com

                              Attorneys for Plaintiff Mr. Swanson

COMPLAINT FOR TRADEMARK INFRINGEMENT - 14

**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, Washington 98101
TELEPHONE:  206.436.0900