THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL SWANSON D/B/A JUICY BITS AND JUICYBITSSOFTWARE.COM, an individual<br><br>Plaintiff,<br><br>v.<br><br>INSTAGRAM, LLC,<br><br>Defendant. | No. 2:15-cv-00503-MJP<br><br>**MOTION FOR BILL OF COSTS**<br><br>**NOTED FOR CONSIDERATION:**<br>**May 11, 2018** |

Pursuant to LCR 54(d)(1), Instagram respectfully requests an award of its recoverable costs as reflected in the concurrently-filed Form AO 133 Bill of Costs with itemization and documentation for the requested costs as well as the sworn declaration of Christopher Varas. This motion is noted for hearing on May 11, 2018 pursuant to LCR 7(d)(3).

DATED: April 24, 2018.

                                            **KILPATRICK, TOWNSEND & STOCKTON LLP**

                                            By:*/s/ Christopher T. Varas*
                                            Christopher T. Varas (Bar No. 32875)
                                            1420 Fifth Avenue, Suite 3700
                                            Seattle, Washington 98101
                                            206-516-3088
                                            *Attorney for Defendant Instagram, LLC*

MOTION FOR BILL OF COSTS
NO. 2:15-CV-00503-MJP

Kilpatrick Townsend & Stockton, LLP
1420 Fifth Ave., Suite 3700
Seattle, WA 98101
Tel.: 206-516-3088