UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL SWANSON D/B/A JUICY BITS AND JUICYBITSSOFTWARE.COM, an individual,

          Plaintiff,

    v.

INSTAGRAM, LLC,

          Defendant.

Case No. C15-503 MJP

TAXATION OF COSTS

Costs in the above-entitled cause are hereby taxed against PLAINTIFF - MICHAEL SWANSON D/B/A JUICY BITS AND JUICYBITSSOFTWARE.COM and on behalf of DEFENDANT - INSTAGRAM, LLC in the unopposed amount of $901.40 and included in the judgment.

Entered this ___11th___ day of May, 2018.

William M. McCool, Clerk
U. S. District Court

By: ___S/ JOSEPH WHITELEY___
    Joseph Whiteley, Deputy in Charge

TAXATION OF COSTS -1